# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-1614-JLS |
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING** |
| v. | |
| LUCERO LOPEZ, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Ms. Lopez's Motion Hearing and Trial Setting date be continued from July 9, 2021 until August 13, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge